Daniel L. Rottinghaus, California Bar No. 131949
Scott M. Mackey, California Bar No. 222217
Seema N. Kadaba, California Bar No. 304952
**BERDING & WEIL LLP**
2175 N. California Blvd, Suite 500
Walnut Creek, California 94596
Telephone:    925.838.2090
Facsimile:    925.820.5592
drottinghaus@berdingweil.com
smackey@berdingweil.com
skadaba@berdingweil.com

Gary A. Angel, California Bar No. 70006
**Law Offices of Gary A. Angel**
177 Post Street, Fifth Floor
San Francisco, CA 94108
Telephone:    415-788-5935
Facsimile:    415-788-5958
angelgary@aol.com

Attorneys for Plaintiffs
KEN AND MARLA SALTZSTINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN AND MARLA SALTZSTINE, individually<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation,<br><br>Defendant.<br>_____ / | No. 2:20-cv-04997 DDP (PJWx)<br><br>**STIPULATION GRANTING LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT; DECLARATION OF SEEMA N. KADABA; [PROPOSED] ORDER**<br><br>**JURY TRIAL REQUESTED** |

IT IS HEREBY STIPULATED by and between Plaintiffs KEN AND MARLA SALTZSTINE (collectively "Plaintiffs') and Defendant PRINCESS CRUISE LINES LTD. (hereinafter, "PRINCESS"), as follows:

///

-1-
STIPULATION GRANTING LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT; DECLARATION OF SEEMA N. KADABA; [PROPOSED] ORDER

BERDING & WEIL, LLP
2175 N California Blvd  Suite 500
Walnut Creek, California 94596

1  WHEREAS, on June 5, 2020, Plaintiffs filed a Complaint for Damages ("Complaint")
2  against Defendant.

3  WHEREAS, the parties agreed and the Court entered an Order extending the responsive
4  pleading date to July 31, 2020.

5  WHEREAS, on or about July 21, 2020, Defendant met and conferred with Plaintiffs
6  regarding filing of a Motion to Dismiss under Federal Rule of Civil Procedure Rule 12(b)(6).

7  WHEREAS, the parties have met and conferred, pursuant to Rule 15 of the Federal Rules
8  of Civil Procedure and Defendant has agreed to grant Plaintiffs leave to file a First Amended
9  Complaint.

10  WHEREAS, Plaintiffs will file their First Amended Complaint on or before August 12,
11  2020.

12  WHEREAS, on or before August 26, 2020, Defendant will file a responsive pleading.

13  NOW THEREFORE THE PARTIES HEREBY STIPULATE: Plaintiffs may file a First
14  Amended Complaint on or before August 12, 2020 and Defendant will file a responsive pleading
15  on or before August 26, 2020.

16  **IT IS SO STIPULATED.**

17

18  Date: July 29, 2020                           **BERDING & WEIL LLP**

19
20                                              By:_____
                                                    Daniel L. Rottinghaus
21                                                  Scott M. Mackey
                                                    Seema N. Kadaba
22                                                  Attorneys for Plaintiffs
                                                    KEN AND MARLA SALTZSTINE
23

24  Date: July 29, 2020                           **LAW OFFICES OF GARY A. ANGEL**
25
26                                              By:_____/s/_____
                                                    Gary A. Angel
27                                                  Attorneys for Plaintiffs
                                                    KEN AND MARLA SALTZSTINE
28

-2-

STIPULATION GRANTING LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT;
DECLARATION OF SEEMA N. KADABA; [PROPOSED] ORDER

**BERDING & WEIL, LLP**
2175 N California Blvd  Suite 500
Walnut Creek, California 94596

| | |
|---|---|
| 1  Date: July 29, 2020 | **MALTZMAN & PARTNERS, PA** |
| 2 | |
| 3 | By:_____/s/_____ |
| 4 | Ed R. Nield<br>Attorneys for Defendant<br>PRINCESS CRUISE LINES LTD. |

-3-

STIPULATION GRANTING LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT;
DECLARATION OF SEEMA N. KADABA; [PROPOSED] ORDER

**BERDING & WEIL, LLP**
2175 N California Blvd Suite 500
Walnut Creek, California 94596